UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH I. DEANE, | CASE NO. 19-722-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PACIFIC FINANCIAL GROUP, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The parties have filed a Stipulated Motion for Discovery Continuance (Dkt. No. 35) which is, in reality, a stipulated request to continue the discovery cutoff deadline <u>and</u> the deadline for the submission of dispositive motions; the parties propose a three-month extension of discovery and a two-month extension of the deadline for filing dispositive motions.

The dispositive motions deadline is calculated to provide the Court adequate time to review what is often extensive briefing for dispositive motions (which are just as often submitted

at or near the final filing date) and give the parties a ruling sufficiently in advance of their trial date to allow them to prepare accordingly. The parties' proposed two-month extension of the dispositive motion deadline allows the Court only 60 days between the final filing date and the trial date; wholly inadequate for the purposes described above.

The motion is DENIED with leave for the parties to re-file their request with a proposal that is more in line with the Court's needs and desires in creating the existing case schedule.

The clerk is ordered to provide copies of this order to all counsel.

Filed January 23, 2020.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk