THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH I. DEANE, a single man,<br><br>      Plaintiff,<br><br> vs.<br><br>PACIFIC FINANCIAL GROUP, Inc.,<br>a Washington corporation; MEGAN P. MEADE,<br>an unmarried woman; NICHOLAS B. SCALZO,<br>a married man; NICHOLAS B. SCALZO and<br>EVA M. SCALZO, a marital community;<br>JAMES C. MCCLENDON, a married man;<br>JAMES C. MCCLENDON and<br>JOAN A. MCCLENDON, a marital community;<br>GAETAN T. SCALZO, a married man;<br>GAETAN T. SCALZO and<br>SHERRIE SCALZO, a marital community,<br><br>      Defendants. | NO. 2:19-cv-00722-MJP<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF EVA M. SCALZO AND MARITAL COMMUNITY OF NICHOLAS B. SCALZO AND EVA M. SCALZO<br><br><br><br>**NOTED ON MOTION CALENDAR:**<br>Thursday, January 23, 2020 |

## STIPULATION

The parties in the above-captioned action, Plaintiff Kenneth I. Deane and Defendants Pacific Financial Group, Inc. ("TPFG"), Megan P. Meade, Nicholas B. Scalzo, Eva M. Scalzo, James C. McClendon, Joan A. McClendon, Gaetan T. Scalzo, and Sherrie Scalzo (collectively, "Defendants"), stipulate to dismiss without prejudice, and without costs or fees to any of the parties, all claims asserted against Defendant Eva M. Scalzo individually and the marital community of Nicholas B. Scalzo and Eva M. Scalzo. Nicholas B. Scalzo as an individual remains a Defendant in this case.

# ORDER

THIS MATTER having come on before the Court upon the written stipulation of the parties, and inasmuch as this matter has been fully resolved, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims asserted against Defendant Eva M. Scalzo and the marital community of Nicholas B. Scalzo and Eva M. Scalzo are dismissed without prejudice, and without costs or fees to any of the parties.

DATED this __30th__ day of _____January_____, 2020.

_/s/ Marsha J. Pechman_
Marsha J. Pechman
United States Senior District Judge

Stipulated and Presented by Counsel for Plaintiff and Defendants as follows:

GORDON REES SCULLY MANSUKHANI LLP

By: _/s/ David W. Silke_
David W. Silke, WSBA #23761
Nicole E. Demmon, WSBA #45322

**Attorneys for Defendants:**

Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo and
Eva M. Scalzo; James C. McClendon and
Joan A. McClendon; and Gaetan T. Scalzo
and Sherrie Scalzo

THE ROSEN LAW FIRM

By: _/s/ Jon Howard Rosen_
Jon Howard Rosen, WSBA #7543
The Rosen Law Firm

**Attorney for Plaintiff:**

Kenneth Deane

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed the foregoing document entitled STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF EVA M. SCALZO AND MARITAL COMMUNITY OF NICHOLAS B. SCALZO AND EVA M. SCALZO with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered participants:

**Case 2:19-cv-00722-MJP Mail Notice List:**

<u>Plaintiff's Attorney</u>:
- Jon Howard Rosen: jhr@jonrosenlaw.com; pf@jonrosenlaw.com

DATED this 22nd day of January, 2020.

*/s/ Estela Acosta*
Estela Acosta, Legal Secretary
eacosta@grsm.com