UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH I DEANE, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC FINANCIAL GROUP INC, <br><br> Defendant. | CASE NO. C19-722 MJP <br><br> ORDER ON AMENDED STIPULATED MOTION FOR DISCOVERY CONTINUANCE |

The Court, having received and reviewed the Amended Stipulated Motion for Discovery Continuance (Dkt. No. 40), makes the following findings:

The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or

The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 5, 2020.

Marsha J. Pechman
United States Senior District Judge