THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH I. DEANE,<br><br>                  Plaintiff,<br><br>vs.<br><br>PACIFIC FINANCIAL GROUP, Inc., a Washington corporation, MEGAN P. MEADE, an unmarried woman; NICOLAS B. SCALZO, a married man; NICOLAS B. SCALZO and EVA M. SCALZO, a marital community; JAMES C. MCCLENDON, a married man; JAMES C. MCCLENDON and JOAN A. MCCLENDON, a marital community; GAETAN T. SCALZO, a married man; GAETAN T. SCALZO and SHERRIE SCALZO, a marital community,<br><br>                  Defendants. | Cause No. 2:19-cv-00722-MJP<br><br>**AMENDED STIPULATED MOTION FOR DISCOVERY CONTINUANCE AND ORDER [PROPOSED]**<br><br>**NOTED ON MOTION CALENDAR: THURSDAY, FEBRUARY 27, 2020** |

### I. Joint Motion and Stipulation

Plaintiff Kenneth Deane ("Plaintiff") and Defendants The Pacific Financial Group, Megan Meade, Nicolas Scalzo, James McClendon, Gaetan Scalzo, and Sherrie Scalzo ("Defendants"), by and through their respective counsel, stipulate and jointly move the Court to

STIPULATED MOTION FOR DISCOVERY
CONTINUANCE – PAGE 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  grant a continuance of discovery deadlines to allow more time to complete additional discovery before the trial date scheduled for July 13, 2020.  The parties have exchanged initial discovery requests and transmitted supplemental requests.

Good cause to continue the discovery deadlines exists as initial discovery has revealed the need to seek further discovery from the parties as well as third parties.  Additionally, plaintiff's counsel has had substantial administrative issues as a result of a change in staff that has delayed the answers and responses to timely discovery.  These issues have now been resolved.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 12/16/19 | 03/16/20 |
| All motions related to discovery | 01/15/20 | 03/16/20 |
| Discovery cutoff | 02/14/20 | 04/14/20 |
| Dispositive motions | 03/16/20 | 04/16/20 |

The parties have consented to this postponement.  The parties, by and through their undersigned counsel, stipulate to this motion and the following proposed order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 26th day of February, 2020.

> GORDON REES SCULLY MANSUKHANI LLP
>
> By:  /s/ David W. Silke
> David W. Silke, WSBA #23761
> Nicole E. Demmon, WSBA #45322
> 701 Fifth Avenue, Suite 2100
> Seattle, WA 98104
> Telephone:  (206) 695-5100
> Facsimile:  (206) 689-2822
> dsilke@grsm.com
> ndemmon@grsm.com

STIPULATED MOTION FOR DISCOVERY CONTINUANCE – PAGE 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1
2
3
4

<u>Attorneys for Defendants</u>:

Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo and
Eva M. Scalzo; James C. McClendon and
Joan A. McClendon; and Gaetan T. Scalzo and
Sherrie Scalzo

5
6
7
8

By:    */s/ Jon Howard Rosen*
      Jon Howard Rosen, WSBA #7543
      The Rosen Law Firm
      705 2nd Avenue, Suite 1200
      Seattle, WA  98104-1798
      (206) 652-1464 (phone)
      (206) 652-4161 (fax)
      jhr@jonrosenlaw.com

9
10

<u>Attorney for Plaintiff</u>
Kenneth Deane

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATED MOTION FOR DISCOVERY
CONTINUANCE – PAGE 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

**PROPOSED ORDER**

Based on the foregoing joint motion of the parties, and good cause appearing, therefore,

IT IS HEREBY ORDERED THAT the discovery deadlines be moved as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 12/16/19 | 03/16/20 |
| All motions related to discovery | 01/15/20 | 03/16/20 |
| Discovery cutoff | 02/14/20 | 04/14/20 |
| Dispositive motions | 03/16/20 | 04/16/20 |

DATED this _____ day of February, 2020.

_____
THE HONORABLE MARSHA J. PECHMAN
U.S. DISTRICT COURT JUDGE

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

By:   /s/ *David W. Silke*
 David W. Silke, WSBA #23761
 Nicole E. Demmon, WSBA #45322
 701 Fifth Avenue, Suite 2100
 Seattle, WA 98104
 Telephone: (206) 695-5100
 Facsimile: (206) 689-2822
 dsilke@grsm.com
 ndemmon@grsm.com

Attorneys for Defendants:

Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo and
Eva M. Scalzo; James C. McClendon and
Joan A. McClendon; and Gaetan T. Scalzo and
Sherrie Scalzo

STIPULATED MOTION FOR DISCOVERY
CONTINUANCE – PAGE 4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

By: __/s/ Jon Howard Rosen__
Jon Howard Rosen, WSBA #7543
The Rosen Law Firm
705 2nd Avenue, Suite 1200
Seattle, WA  98104-1798
(206) 652-1464 (phone)
(206) 652-4161 (fax)
jhr@jonrosenlaw.com

<u>Attorney for Plaintiff</u>
Kenneth Deane

STIPULATED MOTION FOR DISCOVERY
CONTINUANCE – PAGE 5

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1199552/50318883v1