THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT WASHINGTON
AT SEATTLE

KENNETH I. DEANE,

                Plaintiff,

vs.

PACIFIC FINANCIAL GROUP, Inc., a Washington corporation, MEGAN P. MEADE, an unmarried woman; NICOLAS B. SCALZO, a married man; NICOLAS B. SCALZO an unmarried man; JAMES C. MCCLENDON, a married man; JAMES C. MCCLENDON and JOAN A. MCCLENDON, a marital community; GAETAN T. SCALZO, a married man; GAETAN T. SCALZO and SHERRIE SCALZO, a marital community,

                Defendants.

Cause No. 2:19-cv-00722-MJP

**STIPULATED MOTION FOR AND ORDER AMENDING TRIAL DATE AND RELATED DATES**

**NOTED FOR CONSIDERATION: MARCH 5, 2020**

Plaintiff Kenneth Deane ("Plaintiff") and Defendants The Pacific Financial Group, Megan Meade, Nicolas Scalzo, James McClendon and Gaetan Scalzo ("Defendants"), by and through their respective counsel, stipulate and agree to the following (proposed) amended case schedule and submit the same for consideration as instructed by the Court per its Minute Entry (Dkt. 44) as follows:

| EVENT | NEW DATE |
|---|---|
| JURY TRIAL DATE | October 26, 2020 |
| Reports from expert witnesses under FRCP 26(a)(2) due | June 29, 2020 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | April 27, 2020 |
| Discovery completed by | May 26, 2020 |

STIP MTN & ORDER AMENDING CASE SCHEDULE –
PAGE 1
(NO. 2:19-cv-00722-MJP)

| | |
|---|---|
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d))  **Counsel are reminded of the requirements to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion.** | June 22, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | September 28, 2020 |
| Agreed pretrial order due | October 14, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | October 14, 2020 |
| Pre-trial conference | October 20, 2020, at 01:30 PM (pending Court's availability) |
| Length of Jury Trial | 6 DAYS |

The parties, by and through their undersigned counsel, stipulate to this motion and the following proposed order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 5th day of March, 2020.

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ David W. Silke*
David W. Silke, WSBA #23761
Nicole E. Demmon, WSBA #45322

**Attorneys for Defendants:**

Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo and
Eva M. Scalzo; James C. McClendon and
Joan A. McClendon; and Gaetan T. Scalzo and
Sherrie Scalzo

THE ROSEN LAW FIRM

By: */s/ Jon Howard Rosen*
    Jon Howard Rosen, WSBA #7543
    The Rosen Law Firm

**<u>Attorney for Plaintiff</u>:**

Kenneth Deane

**PROPOSED ORDER**

Based on the foregoing joint motion of the parties, and good cause appearing, therefore,

IT IS HEREBY ORDERED THAT the case schedule be amended as follows:

| EVENT | NEW DATE |
|---|---|
| JURY TRIAL DATE | October 26, 2020 |
| Reports from expert witnesses under FRCP 26(a)(2) due | June 29, 2020 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | April 27, 2020 |
| Discovery completed by | May 26, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d))<br><br>**Counsel are reminded of the requirements to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion.** | June 22, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | September 28, 2020 |
| Agreed pretrial order due | October 14, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | October 14, 2020 |
| Pre-trial conference | October 20, 2020, at 01:30 PM (pending Court's availability) |
| Length of Jury Trial | 6 DAYS |

IT IS SO ORDERED.

DATED this _6th_ day of March, 2020.

_____

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

By:   /s/  *David W. Silke*
    David W. Silke, WSBA #23761
    Nicole E. Demmon, WSBA #45322
    701 Fifth Avenue, Suite 2100
    Seattle, WA98104
    Telephone:  (206) 695-5100
    Facsimile:  (206) 689-2822
    dsilke@grsm.com
    ndemmon@grsm.com

<u>Attorneys for Defendants:</u>

Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo and
Eva M. Scalzo; James C. McClendon and
Joan A. McClendon; and Gaetan T. Scalzo and
Sherrie Scalzo

By: */s/ Jon Howard Rosen*
    Jon Howard Rosen, WSBA #7543
    The Rosen Law Firm
    705 2nd Avenue, Suite 1200
    Seattle, WA  98104-1798
    (206) 652-1464 (phone)
    (206) 652-4161 (fax)
    jhr@jonrosenlaw.com

STIP MTN & ORDER AMENDING CASE SCHEDULE –
PAGE 5
(NO. 2:19-cv-00722-MJP)