THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH I. DEANE<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC FINANCIAL GROUP, Inc., a Washington corporation, MEGAN P. MEADE, an unmarried woman; NICOLAS B. SCALZO, an unmarried man; JAMES C. MCCLENDON, a married man; JAMES C. MCCLENDON and JOAN A. MCCLENDON, a marital community; GAETAN T. SCALZO, a married man; GAETAN T. SCALZO and SHERRIE SCALZO, a marital community,<br><br>　　　　　　　　Defendants. | NO. 2:19-cv-00722-MJP<br><br>STIPULATION RE PROPOSED THIRD AMENDED CASE SCHEDULE |

Plaintiff Kenneth Deane ("Plaintiff") and Defendants The Pacific Financial Group, Megan Meade, Nicolas Scalzo, James McClendon and Gaetan Scalzo ("Defendants"), by and through their respective counsel, stipulate and agree to the following (proposed) amended case schedule and submit the same for consideration to the Court pursuant to the Court's June 1, 2020 telephonic conference and Minutes Entry (Dkt. 60).

| Event | Dates Unchanged | Old Date | New Date |
|---|---|---|---|
| BENCH TRIAL DATE | October 26, 2020 | | |
| Reports from expert witnesses under FRCP 26(a)(c) due | | June 29, 2020 | July 17, 2020 |

STIPULATION RE THIRD AMENDED CASE
SCHEDULE – PAGE 1
(NO. 2:19-cv-00722-MJP)

| | | | |
|---|---|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | | April 27, 2020 | June 19, 2020 |
| Discovery completed by | | May 26, 2020 | July 17, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | | June 22, 2020 | July 29, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter andmno later than the Friday before the pretrial conference. | September 28, 2020 | | |
| Agreed pretrial order due | October 14, 2020 | | |
| Trial briefs | October 14, 2020 | | |
| Pretrial conference | October 20, 2020, at 1:30 p.m. | | |
| Length of trial | 6 days | | |

The parties agree that expert depositions may occur after the discovery cutoff but no later than August 10, 2020. The parties may update their experts' opinions based on information obtained on or after the discovery deadline.

The parties further stipulate that because of the additional counterclaims each side may serve up to fifteen (15) additional written interrogatories on the other side.

The parties, by and through their undersigned counsel, stipulate to this motion and the following proposed order.

IT IS SO STIPULATED, THROUGH COUNSEL, OF RECORD.

STIPULATION RE THIRD AMENDED CASE
SCHEDULE – PAGE 2
(NO. 2:19-cv-00722-MJP)

DATED this 5th day of June, 2020.

Presented by:

THE ROSEN LAW FIRM

By: */s/ Jon Howard Rosen*
Jon Howard Rosen, WSBA #7543
The Rosen Law Firm
705 2nd Avenue, Suite 1200
Seattle, WA  98104-1798
(206) 652-1464 (phone)
(206) 652-4161 (fax)
jhr@jonrosenlaw.com

**Attorney for Plaintiff:**

Kenneth Deane

GORDON REES SCULLY MANUSUKHANI LLP

By: */s/ Nicole E. Demmon*
David W. Silke, WSBA #23761
Nicole E. Demmon, WSBA #45322
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
(206) 695-5100 (phone)
(206) 689-2822 (fax)
dsilke@grsm.com
ndemmon@grsm.com

**Attorneys for Defendants:**

Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo and
Eva M. Scalzo; James C. McClendon and
Joan A. McClendon; and Gaetan T. Scalzo and
Sherrie Scalzo

# ORDER

Based on the foregoing joint motion of the parties, and good cause appearing, therefore, IT IS HEREBY ORDERED THAT the case schedule be amended as follows:

| Event | Dates Unchanged | Old Date | New Date |
|---|---|---|---|
| BENCH TRIAL DATE | October 26, 2020 | | |
| Reports from expert witnesses under FRCP 26(a)(c) due | | June 29, 2020 | July 17, 2020 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | | April 27, 2020 | June 19, 2020 |
| Discovery completed by | | May 26, 2020 | July 17, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | | June 22, 2020 | July 29, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter andmno later than the Friday before the pretrial conference. | September 28, 2020 | | |
| Agreed pretrial order due | October 14, 2020 | | |
| Trial briefs | October 14, 2020 | | |
| Pretrial conference | October 20, 2020, at 1:30 p.m. | | |
| Length of Trial | 6 days | | |

Each side may serve up to an additional fifteen (15) written interrogatories on the other side. Expert depositions may occur after the discovery cutoff but no later than August 10, 2020. The parties may update their experts' opinions based on information obtained on or after the discovery deadline.

STIPULATION RE THIRD AMENDED CASE
SCHEDULE – PAGE 4
(NO. 2:19-cv-00722-MJP)

IT IS SO ORDERED.

DATED this _8th__ day of June, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

THE ROSEN LAW FIRM

By: */s/ Jon Howard Rosen*
Jon Howard Rosen, WSBA #7543
The Rosen Law Firm
705 2nd Avenue, Suite 1200
Seattle, WA  98104-1798
(206) 652-1464 (phone)
(206) 652-4161 (fax)
jhr@jonrosenlaw.com

**Attorney for Plaintiff:**

Kenneth Deane

GORDON REES SCULLY MANUSUKHANI LLP

By: */s/ Nicole E. Demmon*
David W. Silke, WSBA #23761
Nicole E. Demmon, WSBA #45322
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
(206) 695-5100 (phone)
(206) 689-2822 (fax)
dsilke@grsm.com
ndemmon@grsm.com

**Attorneys for Defendants:**

Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo and
Eva M. Scalzo; James C. McClendon and
Joan A. McClendon; and Gaetan T. Scalzo and
Sherrie Scalzo