UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH I DEANE,

Plaintiff,

v.

PACIFIC FINANCIAL GROUP INC,

Defendant.

CASE NO. C19-722 MJP

ORDER ON MOTION TO QUASH

The above-entitled Court, having received and reviewed:

1. Movant Jeffrey Provence's Motion to Quash (Dkt. No. 83),
2. Defendants' Opposition to Movant Jeffrey Provence's Motion to Quash (Dkt. No. 84),
3. Plaintiff's Response to Defendants' Opposition to Movant Jeffrey Provence's Motion to Quash (Dkt. No. 88),

all attached declarations and exhibits, and relevant portions of the record, and rules as follows:

IT IS ORDERED THAT Movant's Motion to Quash is DENIED.

IT IS FURTHER ORDERED THAT Movant will comply with Defendants' Subpoena within fourteen (14) days of this order.

The clerk is ordered to provide copies of this order to Movant and to all counsel.

Dated September 14, 2020.

Marsha J. Pechman
United States Senior District Judge