UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH I DEANE,

                  Plaintiff,

     v.

PACIFIC FINANCIAL GROUP INC,
et al.

                  Defendants.

CASE NO. C19-722 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendants filed a Motion for Clarification of the Court's Findings of Fact and Conclusions of Law. (Dkt. No. 158.) Plaintiff may to file a brief response of no more than 4 pages to Defendants' Motion. The response, if any, shall be due by December 17, 2020. The Motion shall be renoted to December 17, 2020, and Defendants shall not be permitted a reply unless the Court orders otherwise.

\\

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed December 11, 2020.

3
                                            William M. McCool
4                                           Clerk of Court

5                                            s/Paula McNabb
                                            Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2