THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH I. DEANE,<br><br>                    Plaintiff,<br><br>vs.<br><br>PACIFIC FINANCIAL GROUP, Inc., a Washington corporation, MEGAN P. MEADE, an unmarried woman; NICOLAS B. SCALZO, a married man; NICOLAS B. SCALZO an unmarried man; JAMES C. MCCLENDON, a married man; JAMES C. MCCLENDON and JOAN A. MCCLENDON, a marital community; GAETAN T. SCALZO, a married man; GAETAN T. SCALZO and SHERRIE SCALZO, a marital community,<br><br>                    Defendants. | NO. 2:19-cv-00722-MJP<br><br>ORDER ON DEFENDANTS' UNOPPOSED MOTION TO AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW |

THIS MATTER having come before the Honorable Marsha J. Pechman for hearing upon the Defendants' Unopposed Motion to Amend Finding of Fact and Conclusions of Law, and after the Court having examined the records and files, and being fully advised in the premises; now therefore:

IT IS HEREBY ORDERED as follows:

1. <u>Finding of Fact No. 12 is amended to read as follows:</u>

    12.   The Employment Agreement also contained a provision that in the event Deane was terminated without cause or for "any other reason not listed under the termination for cause provision" of the Employment Agreement, Deane would continue to receive commissions at 10% for up to a four year period depending

ORDER ON THE DEFS' UNOPPOSED MTN TO AMEND
COURT'S FOF & COL – PAGE 1
(NO. 2:19-cv-00722-MJP)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

on the length of his employment. The Employment Agreement then sets forth a methodology for Deane to receive any such commissions, the amount of which was based on the business he "procured" for TPFG during this period of employment.

2. <u>Conclusions of Law Nos. 8 and 11 are amended to read as follows:</u>

   8. This means the appropriate formula for calculation of Deane's termination payment for SDBAs is: 10% of (.008 x [AUM for all accounts Deane's territory at the time of his termination]). This was the formula the Parties used before the time of termination to calculate Deane's commission for SDBAs. Ten percent (10%) is the amount contemplated under Section 10.2 of the Employment Agreement. The territories to be included to calculate the AUM are those that TPFG used in making the partial payments to Deane of his termination payments, and do not reflect changes made to Deane's territories in January 2019. Both the ordinary meaning of the word and the past practice of support the proposition that payments are to be made on all accounts in Deane's territory at the time of termination of the Employment Agreement on January 22, 2019 regardless of whether another wholesaler was in the region.

   11. Future payments shall be due monthly for SDBAs and quarterly for all other program lines.

3. The parties may file separate motions identified by FRAP (4)(a)(4)(A), namely FRCP 52(b), 59(e), and 60.

\\
\\
\\
\\

ORDER ON THE DEFS' UNOPPOSED MTN TO AMEND
COURT'S FOF & COL – PAGE 2
(NO. 2:19-cv-00722-MJP)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

DATED this 22 day of December, 2020.

_____
HONORABLE MARSHA J. PECHMAN

Presented by:

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Nicole E. Demmon*
David W. Silke, WSBA #23761
Nicole E. Demmon, WSBA #45322
Michael C. Tracy, WSBA #51226
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
E-Mails: dsilke@grsm.com
 ndemmon@grsm.com
 mtracy@grsm.com

Attorneys for Defendants:

Pacific Financial Group, Inc.; Megan P. Meade;
Nicholas B. Scalzo;
James C. McClendon and Joan A. McClendon;
and Gaetan T. Scalzo and Sherrie Scalzo

ORDER ON THE DEFS' UNOPPOSED MTN TO AMEND
COURT'S FOF & COL – PAGE 3
(NO. 2:19-cv-00722-MJP)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822