Hon. Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH I. DEANE, | NO. 2:19-cv-00722-MJP |
| Plaintiff, | |
| | STIPULATED MOTION AND ORDER TO DISBURSE FUNDS IN COURT REGISTRY |
| v. | |
| PACIFIC FINANCIAL GROUP, INC., et al., | |
| | NOTED FOR: March 23, 2022 |
| Defendants. | |

COMES NOW Plaintiff Kenneth Deane ("Plaintiff") and Defendants The Pacific Financial Group, Megan Meade, Nicholas Scalzo, James McClendon, James McClendon and Joan McClendon, a marital community, Gaetan Scalzo, and Gaetan Scalzo and Sherrie Scalzo, a marital community ("Defendants"), by and through their respective counsel, stipulate and move the Court for an order directing the disbursement of funds currently held in the Court Registry, plus all accrued interest, less any statutory users fees, in this matter as follows:

| | |
|---|---|
| The Rosen Law Firm Client Trust Account: | $1,818,020.50 |
| The Pacific Financial Group | $131,979.50 |

STIPULATED MOTION AND ORDER
TO DISBURSE FUNDS - 1

The amount initially deposited in the Registry was $1,950,000.00.

The parties, by and through their undersigned counsel, stipulate to the following proposed order.

IT IS SO STIPULATED.

DATED this 23rd day of March, 2022.

THE ROSEN LAW FIRM

By: s/ Jon Howard Rosen
Jon Howard Rosen, WSBA #7543

**Attorney for Plaintiff:**
Kenneth Deane

GORDON REES SCULLY
MANUSUKHANI LLP

By: s/ Nicole E. Demmon
David W. Silke, WSBA #23761
Nicole E. Demmon, WSBA #45322

**Attorneys for Defendants:**

The Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo
James C. McClendon; and
Gaetan T. Scalzo

**ORDER**

Based on the foregoing stipulated motion of the parties, and good cause appearing, therefore, IT IS HEREBY ORDERED THAT:

1. The Clerk is authorized and directed to draw a check on the funds deposited in the Court Registry in the principal amount of $1,818,020.50 plus all accrued interest, minus any statutory users fees payable to **The Rosen Law Firm Client Trust Account** and mail or deliver the check to **The Rosen Law Firm Client Trust Account**;

2. The Clerk is authorized and directed to draw a check on the funds deposited in the Court Registry in the principal amount of $131,979.50 plus all accrued interest, minus any statutory users fees payable to **The Pacific Financial Group** and mail or deliver the check to **The Pacific Financial Group**.

IT IS SO ORDERED.

DATED this 25th day of March, 2022.

Marsha J. Pechman
United States Senior District Judge

Presented by:

THE ROSEN LAW FIRM

By:   s/ Jon Howard Rosen
      Jon Howard Rosen, WSBA #7543
      The Rosen Law Firm
      705 2nd Avenue, Suite 1200
      Seattle, WA  98104-1798
      (206) 652-1464 (phone)
      (206) 652-4161 (fax)
      jhr@jonrosenlaw.com

STIPULATED MOTION AND ORDER
TO DISBURSE FUNDS - 3

**Attorney for Plaintiff:**  Kenneth Deane
GORDON REES SCULLY MANUSUKHANI LLP

By:     s/ Nicole E. Demmon
        David W. Silke, WSBA #23761
        Nicole E. Demmon, WSBA #45322
        701 Fifth Avenue, Suite 2100
        Seattle, WA  98104
        (206) 695-5100 (phone)
        (206) 689-2822 (fax)
        dsilke@grsm.com
        ndemmon@grsm.com


**Attorneys for Defendants:**

Pacific Financial Group, Inc.;
Megan P. Meade; Nicholas B. Scalzo;
James C. McClendon; and Gaetan T. Scalzo

STIPULATED MOTION AND ORDER
TO DISBURSE FUNDS - 4